## DISCIPLINARY DOCKET

**93–391.**  Crawford Cty. Bar Assn. v. Nicholson.  On probation report and recommendation.  Thomas G. Nicholson, Attorney Registration No. 0039741, is continued on a monitored probation for

one year.

PFEIFER, J., not participating.